USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FREDERIK HOXHOLLI,

                              **Plaintiff,**                        19-CV-05654 (SN)

                -against-                                   <u>**ORDER**</u>

AQUA 3065 GC LLC, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties attended court-ordered mediation in this Fair Labor Standards Act ("FLSA") case on October 14, 2019, and agreed to the terms of a settlement in principle. On November 20, 2019, counsel for the parties submitted their proposed settlement agreement for approval. ECF No. 35. The settlement is APPROVED, and this action is DISMISSED with prejudice. The parties also requested that the caption in this case be amended to correct the misspelling of Plaintiff's name from Frederik Hixholli to Frederik Hoxholli. The Clerk of Court is respectfully requested to amend the caption.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     November 25, 2019
                 New York, New York